# EXHIBIT B

| | |
|---|---|
| **From:** | REYNOLDS Alan <a.reynolds@geismar.com> |
| **Sent:** | Monday, August 2, 2021 11:07 AM |
| **To:** | ZANICHELLI Andrea |
| **Cc:** | MIOTTO Patrick; HAYAT Rudy; VIVENT Alban; GRENIER Florent |
| **Subject:** | FW: RFP 2021-089 LOCOMOTIVE WORK CAR |

Dear Andrea,

Still working on the extension of the bid but here are the answers to technical points.

Regards,

Alan

**From:** Manning, Glenville <gmanning@gcrta.org>
**Sent:** Monday, August 2, 2021 10:13 AM
**To:** REYNOLDS Alan <a.reynolds@geismar.com>
**Subject:** RE: RFP 2021-089 LOCOMOTIVE WORK CAR

Good morning
Please review the answers to the questions that were submitted:
Section 4.3.2 TW Dimensions

1. Maximum gradient is 5%
2. Maximum axle weight 15t/axle

Section 4.3.5 Travel Speed

1. Towing 90 tons at 40MPH on level track, not 5% grade.

Section 4.3.13 Couplers

1. From top of rail to center of coupler is 34.5". Top of rail to bottom of coupler is 28.5".

Thank you.

**From:** REYNOLDS Alan [mailto:a.reynolds@geismar.com]
**Sent:** Thursday, July 29, 2021 11:34 AM
**To:** Manning, Glenville <gmanning@gcrta.org>
**Subject:** RE: RFP 2021-089 LOCOMOTIVE WORK CAR

Dear Mr. Manning,

In reference to your RFP, referenced above, Geismar North America, Inc. would like to submit the attached list of questions for your review.

1

Thank you in advance for your assistance to clarify these points.

Regards,



**Alan REYNOLDS | President**

**GEISMAR NORTH AMERICA**
134 Parker Drive
Beaufort, SC 29906, USA

T. 8476977510 | M. 9043344358

CONFIDENTIAL - © 2021 Geismar - This document and the information contained herein is the property of Geismar and may not be disclosed to any third parties and/or reproduced without the prior written consent of Geismar.